IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| ERNEST K BECKEMEYER, | NO. 16-60265 |
| DEBTOR | JUDGE: Grandy |

## PINGORA LOAN SERVICING, LLC'S OBJECTION TO CONFIRMATION

NOW COMES Pingora Loan Servicing, LLC, by and through its attorneys, Shapiro Kreisman & Associates, LLC and in objection to the proposed Chapter 13 plan, states as follows:

1.  The Debtor filed a Petition pursuant to 11 USC 1301, et seq., on June 30, 2016, listing the Movant's loan servicer, PHH Mortgage Corporation, as a creditor by virtue of a note secured by a mortgage on the Debtor's principal residence, commonly known as: 517 Marquis Avenue, Centralia, IL 62801.

2.  Pursuant to 11 USC 1322(b)(2) and 11 USC 1322(b)(5), the Debtor may not modify the Movant's right to receive all sums due and owing it under the terms of the subject loan documents. Included among those sums, are pre-petition mortgage arrearages of $16,470.07 through July 2016. In addition to that sum, the Movant is entitled to receive subsequently accruing monthly post-petition as they come due. Those monthly mortgage payments are assessed at the rate of $953.43 each through September 2016 and at the rate of $920.67 each, commencing with the October 2016 installment.

3.  Pursuant to 11 USC 1322(d), any plan proposed by the Debtor must complete within 60 months or less.

4. Notwithstanding said restrictions and requirements, the plan calls for the payment of pre-petition mortgage arrearages of only $10,564.00, and for the Chapter 13 to make monthly post-petition mortgage payments to the Movant in the amount of $953.00.

5. If the plan had listed the correct arrearage due the Movant, the plan would have required longer than 60 months to complete.

6. As set forth above, the plan in unconfirmable as a matter of law.

WHEREFORE, Pingora Loan Servicing, LLC. moves this Honorable Court for the entry of an order denying confirmation of the Chapter 13 plan.

Respectfully submitted,

/s/ Richard B. Aronow
Attorney for Pingora Loan Servicing, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be sent to the Debtor at the address listed below. Said copy was placed in an envelope addressed as listed below and placed in the U.S. Mail on August 25, 2016, with first class postage prepaid. All other parties entitled to notice received such notice electronically, through the office of the Clerk of the Court.

Respectfully Submitted,

/s/ Richard B. Aronow
Richard B. Aronow

Russell C Simon, CH 13 Trustee, 24 Bronze Pointe, Swansea, IL 62226
Jerry D Graham, Jr., 1103 Frontage Road, O'Fallon, IL 62269
Ernest K Beckemeyer, 517 Marquis Ave, Centralia, IL 62801
U.S. Trustee, 401 Main Street, Suite 1100, Peoria, IL 61602

Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
15-077269

**The firm of Shapiro Kreisman & Associates, LLC is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
|---|---|
| ERNEST K BECKEMEYER, | NO. 16-60265 |
| DEBTOR | JUDGE: Grandy |

### EXHIBIT SUMMARY AND CERTIFICATE OF SERVICE

The following exhibits in reference to the Objection to Confirmation of Plan of Pingora Loan Servicing, LLC are available upon request. Movant will bring exhibits to any scheduled Court hearing on this matter.

1. Mortgage
2. Note
3. Assignment of Mortgage

Respectfully Submitted,

/s/ Richard B. Aronow
Richard B. Aronow

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be sent to the Debtor at the address listed below. Said copy was placed in an envelope addressed as listed below and placed in the U.S. Mail on August 25, 2016, with first class postage prepaid. All other parties entitled to notice received such notice electronically, through the office of the Clerk of the Court.

Respectfully Submitted,

/s/ Richard B. Aronow
Richard B. Aronow

Russell C Simon, CH 13 Trustee, 24 Bronze Pointe, Swansea, IL 62226
Jerry D Graham, Jr., 1103 Frontage Road, O'Fallon, IL 62269
Ernest K Beckemeyer, 517 Marquis Ave, Centralia, IL 62801
U.S. Trustee, 401 Main Street, Suite 1100, Peoria, IL 61602

Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
15-077269

**The firm of Shapiro Kreisman & Associates, LLC is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**