## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

PINGORA LOAN SERVICING, LLC

    vs

ERNEST BECKEMEYER

**CASE NO** 16-60265
**CHAPTER:** 13

**DATE**: September 19, 2016
**PLACE**: Benton

---

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**: Richard Aronow

**COUNSEL FOR DEFENDANT:** JD Graham

**PROCEEDINGS:** Objection to Confirmation

**MINUTES OF COURT:**

Case is called for hearing on the Objection to Confirmation filed by Pingora Loan Servicing, LLC. Tiffany Cornejo appears as counsel for the trustee. Pursuant to the statements made in open court, the Objection is mooted by the filing of the First Amended Plan.

                                                      Donna Beyersdorfer
                                             Clerk of Bankruptcy Court

                                        By: /s/Thala Krieger
                                              Deputy Clerk

**NOTE: THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED. CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**