# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| TROYT A. COX, | ) | Case No. 16-60271-lkg |
| | ) | |
| Debtor. | ) | Hon. Laura K. Grandy |

## WASHINGTON SAVINGS BANK'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

*COMES NOW* Washington Savings Bank (WSB), a creditor and party in interest herein, by and through its attorney, James Richard Myers of Oldfield Myers Apke & Payne Law Group, Ltd., and for its Objection to the Confirmation of Debtor's proposed Chapter 13 Plan, states as follows:

1. On July 7, 2016, the Debtor in this case filed his proposed Chapter 13 Plan.

2. WSB is a creditor of the Debtor, holding a valid lien on the Debtor's residence located at 16339 North Briarwood, Effingham, Illinois. WSB has filed its Proof of Claim in this case documenting its claim.

3. The Debtor's proposed Chapter 13 Plan does not provide for sufficient funding to pay the allowed secured and priority claims, and make required distributions to the unsecured creditors. The plan proposes funding of $216,000.00 and the amounts required to be paid total at least $361,530.00.

4. The Debtor's proposed Chapter 13 Plan is not feasible. In order to pay the allowed secured and priority claims, and to make required distributions to the unsecured creditors, the plan requires funding of $361,530.00 or $6,025.50 per month over 60 months. The Debtors' Schedules show monthly net income of only $5,007.43.

5.      The Debtor's prepetition default with WSB was $60,120.03.  The Debtor has incurred postpetition fees, expenses and charges of $7,337.91.  The funding of the plan is insufficient to pay these sums to WSB.

6.      The Debtor's proposed Chapter 13 Plan indicates that certain proceeds received during the pendency of the case will be submitted to the Trustee.  The plan fails to identify the source or potential source of said proceeds.

WHEREFORE, Washington Savings Bank objects to the confirmation of the Debtor's Chapter 13 Plan.

                                        WASHINGTON SAVINGS BANK

                                        BY:   /s/ James Richard Myers
                                                James Richard Myers, its attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of all the attached Objection was served by enclosing the same in an envelope with postage fully prepaid addressed as shown:

| | |
|---|---|
| Mr. J.D. Graham | United States Trustee |
| J.D. Graham, P.C. | Becker Building, Room 1100 |
| 1103 Frontage Road | 401 Main St. |
| O'Fallon, IL 62269 | Peoria, IL 61602 |
| | |
| Mr. Russell Simon | Mr. Troyt A. Cox |
| Chapter 13 Trustee | 16339 North Briarwood |
| 24 Bronze Pointe | Effingham, Illinois |
| Swansea, IL 62226 | |

and deposited in a U.S. Post Office mailbox in Vandalia, Illinois, on the 19th day of August, 2016.  Further, the parties listed who are part of the Court's ECF System were served electronically.

/s/ James Richard Myers
James Richard Myers

James Richard Myers
Attorney for Washington Savings Bank
Oldfield Myers Apke & Payne Law Group, Ltd.
303 S. Seventh St., P.O. Box 399
Vandalia, IL 62471
Telephone:  (618) 283-3034
Fax:  (618) 283-3037
File #13658.82157